IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELYN KSAIZKIEWICZ,<br><br>          Plaintiff,<br><br>    v.<br><br>ROCKET MORTGAGE, LLC,<br><br>          Defendant. | Case No. 1:22-cv-04884<br><br>Hon. Robert W. Gettleman<br>    U.S. District Judge<br><br>Hon. Susan E. Cox<br>    U.S. Magistrate Judge |

### ROCKET MORTGAGE, LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS THE COMPLAINT

In her Complaint, Plaintiff Jacquelyn Ksaizkiewicz ("Plaintiff") alleges that Rocket Mortgage, LLC ("Rocket Mortgage") violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*, by making purported calls and texts to her cellphone. Rocket Mortgage moves to compel Plaintiff's claim to arbitration and dismiss the Complaint pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, because it is subject to a binding and an enforceable arbitration agreement.[1] Indeed, less than four (4) months ago, another federal district court granted Rocket Mortgage's motion to compel arbitration of a different plaintiff's TCPA claims based on the same fact pattern and the same, enforceable arbitration agreement that Plaintiff agreed to here. *Shirley v. Rocket Mortg.*, No. 2:21-cv-13007, 2022 WL 2541123 (E.D. Mich. July 7, 2022). This Court should follow the court's decision in *Shirley* and likewise compel this case to arbitration.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

---

[1] Without prejudice to this Motion, Rocket Mortgage also has contemporaneously moved to dismiss Plaintiff's claim pursuant to Fed. R. Civ. P. 8 and 12(b)(6).

Dated:  October 25, 2022        Respectfully submitted,

/s/ Alan M. Ritchie
Tierney E. Smith (*pro hac vice*)
W. Kyle Tayman (*pro hac vice*)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC  20036
Tel.: +1 202 346 4000
Fax: +1 202 346 4444
TierneySmith@goodwinlaw.com
KTayman@goodwinlaw.com

Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, Illinois 60603
Tel.: (312) 924-1773
Fax: (312) 939-0983
aritchie@pilgrimchristakis.com

*Counsel for Rocket Mortgage, LLC*