IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELYN KSAIZKIEWICZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 22-cv-04884 |
| | ) | Hon. Robert W. Gettleman |
| ROCKET MORTGAGE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Jacquelyn Ksaizkiewicz and Defendant Rocket Mortgage, LLC, hereby notify the Court that the parties have reached an agreement in principle to resolve this matter. The parties will file a stipulation to dismiss within 45 days once the settlement is complete. The parties respectfully request that this Court stay all pending deadlines while they work to complete the settlement.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Pigozzi | /s/ Tierney E. Smith (with consent) |
| Daniel A. Edelman | Tierney E. Smith (pro hac vice) |
| Heather A. Kolbus | GOODWIN PROCTER LLP |
| Stephen J. Pigozzi | 1900 N Street, NW |
| EDELMAN, COMBS, LATTURNER, & GOODWIN, LLC. | Washington, DC 20036 |
| | (202) 346-4019 |
| 20 S. Clark Street, Suite 1500 | (202) 346-4444 (FAX) |
| Chicago, IL 60603 | TierneySmith@goodwinlaw.com |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |
| spigozzi@edcombs.com | |
| courtecl@edcombs.com | |

## **CERTIFICATE OF SERVICE**

I, Stephen J. Pigozzi, certify that on Thursday, January 12, 2023, I caused to be served a true and accurate copy of the foregoing document via US mail and e-mail upon the following parties:

Tierney E. Smith (pro hac vice)
W. Kyle Tayman (pro hac vice)
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
TierneySmith@goodwinlaw.com
KTayman@goodwinlaw.com

Alan M. Ritchie
Pilgrim Christakis LLP
One South Dearborn, Suite 1420
Chicago, IL 60603
aritchie@pilgrimchristakis.com

*/s/ Stephen J. Pigozzi*
Stephen J. Pigozzi

Daniel A. Edelman (ARDC: 0712094)
Heather Kolbus (ARDC: 6207473)
Stephen J. Pigozzi (ARDC: 6331482)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com