**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Jacquelyn Ksaizkiewicz
          Plaintiff,

v.                  Case No.: 1:22−cv−04884
                 Honorable Robert W. Gettleman

Rocket Mortgage, LLC
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 13, 2023:

  MINUTE entry before the Honorable Robert W. Gettleman: Pursuant to the parties' Notice of Settlement [27] defendant's motion to compel and dismiss [15] and motion to dismiss [17] are terminated without prejudice with leave to refile and the briefing schedule set on 12/15/2022 [25] is stricken. Telephonic hearing set for 2/28/2023 at 9:15 a.m. on the Webex platform. If a Stipulation to dismiss is filed prior to that date, the hearing will be stricken. Parties will not be asked to start their video. Members of the public and media may listen to these proceedings by dialing (650) 479−3207 the meeting number, access code, or PIN/ID is 1809883385. Counsel of record and other essential case participants will receive an email prior to the start of the hearing with instructions to join the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.